**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Tilson Middle Street Holding, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    82-3779323

4. **Debtor's address**

   **Principal place of business**

   16 Middle Street
   Number    Street

   4th Floor

   Portland    ME    04101
   City    State    ZIP Code

   Cumberland County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)    _____

Debtor  **Tilson Middle Street Holding, LLC**  Case number *(if known)*_____
        Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>❏ Partnership (excluding LLP)<br>❏ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. § 101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>6 7 1 9 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❏ Chapter 7<br>❏ Chapter 9<br>■ Chapter 11. *Check all that apply*:<br>   ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❏ A plan is being filed with this petition.<br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ■ No<br>❏ Yes.  District _____ When _____ Case number _____<br>                                                         MM / DD / YYYY<br>             District _____ When _____ Case number _____<br>                                                         MM / DD / YYYY |

Debtor  **Tilson Middle Street Holding, LLC**    Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>■ Yes.  Debtor  See Schedule 1 attached.  Relationship _____<br>District _____  When _____<br>                                                                              MM / DD / YYYY<br>Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | Check all that apply:<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                               Number        Street<br>_____<br>_____  _____ _____<br>City                                                            State  ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

| **Statistical and administrative information** |
|---|

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | Check one:<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **3**

Debtor  **Tilson Middle Street Holding, LLC**                         Case number (if known)_____
         Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ■ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ■ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/28/2025**
             MM / DD / YYYY

X _Darrell Ingram (May 28, 2025 22:54 EDT)_____        **Darrell Ingram**_____
Signature of authorized representative of debtor            Printed name

Title  **Chief Executive Officer**_____

**18. Signature of attorney**

X  _/s/ Evan T. Miller_____            Date  **05/29/2025**___
Signature of attorney for debtor                  MM / DD / YYYY

**Evan T. Miller**_____
Printed name
**Saul Ewing**_____
Firm name
**1201 North Market Street, Suite 2300**_____
Number     Street
**Wilmington**_____   **DE**    **19801**_____
City                              State   ZIP Code

**302-421-6864**_____        **evan.miller@saul.com**_____
Contact phone                        Email address

**5364**_____        **DE**_____
Bar number                           State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## SCHEDULE 1

**Pending Bankruptcy Cases File by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting the chapter 11 case of each entity listed below be jointly administered under the case number assigned to the chapter 11 case of Boundless Broadband, LLC.

- Boundless Broadband, LLC

- Tilson Technology Management, Inc.

- Tilson Middle Street Holding, LLC

## TILSON MIDDLE STREET HOLDING, LLC

### ACTIONS TAKEN BY WRITTEN CONSENT OF THE
### SOLE MEMBER WITHOUT A MEETING

The undersigned, Tilson Technology Management, Inc., a Maine corporation (the "Sole Member"), in its capacity as the sole member of Tilson Middle Street Holding, LLC, a Maine limited liability company (the "Company"), and acting pursuant to the Company's Limited Liability Company Agreement dated as of June 30, 2017, hereby consents to the taking of and hereby takes the following actions without holding a meeting, such actions being stated in the form of and to be as fully effective as if taken by resolution of the Sole Member at a meeting thereof duly called and held on the date hereof:

*Chapter 11 Case*

**RESOLVED:** That in the judgment of the Sole Member, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine.

**RESOLVED:** That any officer of the Sole Member (each an "Authorized Officer" and, collectively, the "Authorized Officers") be, and each such Authorized Officer acting individually hereby is, authorized on behalf of and in the name of the Company to execute and file any and all petitions, bankruptcy schedules, motions, lists, applications, pleadings, and any other papers, agreements, consents, or documents and to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate in connection with the Chapter 11 Case, and to take and perform any and all further acts and deeds which one or any of the Authorized Officers deem necessary, proper, and desirable in connection with the Chapter 11 Case with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow funds under a pre- or post-petition credit facility, and grant liens or other security therefor, and to file and prosecute a plan of reorganization and/or to pursue and consummate a sale of the assets of the Company.

**RESOLVED:** That the Authorized Officers be and hereby are authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders,

directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof.

*Retention of Professionals*

**RESOLVED:** That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 Case and to pay BSSN at its standard hourly professional rates in connection with its representation of the Company and to provide BSSN with a retainer in an amount to be agreed upon by the Company and BSSN, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Authorized Officers are hereby authorized to confirm and engage BSSN in connection with the reorganization of the Company.

**RESOLVED:** That to the extent required, the Company be and hereby is authorized to retain a law firm as additional counsel to the Company as the Authorized Officers determine is necessary in connection with the Chapter 11 Case, and to pay such firm at its standard hourly professional rates in connection with its representation of the Company and to provide such firm with a retainer in an amount to be agreed upon by the Company and such firm, and to reimburse such firm for any actual expenses incurred in connection with its employment by the Company, and that the Authorized Officers are hereby authorized to confirm and engage a law firm to act as additional counsel in connection with the reorganization of the Company.

**RESOLVED:** That the Company be and hereby is authorized to appoint Rick Arrowsmith of Alastar Partners, LLC ("Alastar") as Chief Restructuring Officer ("CRO") for the Company in connection with the Chapter 11 Case, and in that capacity, Mr. Arrowsmith be and is hereby authorized to, among other things, assist in the management functions of the Corporation related to its budgeting, projections development, creditor and bank negotiation, preparation for any chapter 11 filing, and anything else reasonably related to the financial restructuring and wellbeing of the Corporation; and further that the Company be and hereby is authorized to compensate Alastar for the CRO services and for any actual expenses incurred in connection with its employment by the Company, and that the Authorized Officers are hereby authorized to confirm and engage Mr. Arrowsmith in connection with the reorganization of the Company.

**RESOLVED:** That the Authorized Officers be and hereby are authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate

applications for authority to retain the services of any other professionals as the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

*General Actions*

**RESOLVED:** That in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in the Authorized Officer's or Officers' judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED:** That to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Company, its Sole Member, or any officer thereof, such actions are hereby ratified and confirmed in their entirety.

*[Signature page follows.]*

Dated and made effective as of ___May 27___, 2025.

**SOLE MEMBER:**

*Tilson Technology Management, Inc.*

By: _____
Darrell Ingram (May 27, 2025 16:22 EDT)
Darrell Ingram, its Chief Executive Officer

Fill in this information to identify the case:

Debtor name: **Boundless Broadband LLC**

United States Bankruptcy Court for the District of **Delaware**

Case number (If known): **C**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Holman<br>Attn: Danielle O'Hara<br>P.O. Box 8500-4375<br>Philadelphia, PA 19178 | Att: Danielle O'Hara<br>Phone: 856-778-6329<br>Email: fleetcashapps@holman.com | Vendor | Disputed | | | $10,425,598.55 |
| 2 | AWP Safety<br>Attn: Stacy Geremia-Paulicano<br>P.O. Box 103685<br>Pasadena, CA 91189-3685 | Att: Stacy Geremia-Paulicano<br>Phone: 805-929-5070<br>Email: arwest@awpsafety.com | Vendor | | | | $4,258,135.60 |
| 3 | Lanz Construction LLC<br>Attn: Sandy Lanz<br>6215 Bryce Canyon Ave<br>Las Vegas, NV 89156 | Att: Sandy Lanz<br>Phone: 702-981-4307<br>Email: sandy@lanzconstructionllc.com | Vendor | Disputed | | | $3,576,489.23 |
| 4 | Internal Revenue Service<br>Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Att: Scott Miller, Bankruptcy Specialist<br>Fax: 855-383-9723<br>Email: scott.miller@irs.gov | Taxing Authority | Disputed | | | $2,010,000.00 |
| 5 | National Trench Safety, Inc<br>Attn: Maria Hancock<br>260 N Sam Houston Pkwy E, Ste 200<br>Houston, TX 77060 | Att: Maria Hancock<br>Phone: 832-200-0988<br>Email: achpayment@ntsafety.com | Vendor | | | | $1,618,658.76 |
| 6 | The Barricade Co, LLC<br>Attn: Faith Agnew<br>2530 Marion Dr<br>Las Vegas, NV 89115 | Att: Faith Agnew<br>Phone: 702-728-6179<br>Email: faith@barricadeco.com;<br>mmason@contractoraccounting.us | Vendor | Disputed | | | $1,519,305.50 |
| 7 | Quail Construction<br>Attn: Colby Stumm<br>60 E Rio Salado Pkwy<br>Tempa, AZ 85281 | Att: Colby Stumm<br>Phone: 602-540-9855<br>Email: cstrumm@quailcorp.com;<br>quail.a-r@quailcorp.com | Vendor | Disputed | | | $1,434,177.49 |
| 8 | C&C Properties Group Inc<br>dba Core Trucking<br>Attn: Christy Hadorn<br>3153 E Warm Springs Rd, Ste 200<br>Las Vegas, NV 89120 | Att: Christy Hadorn<br>Phone: 702-589-0292<br>Email: christy@coretrucking.com | Vendor | | | | $1,185,978.35 |
| 9 | J&J Enterprises Services Inc<br>5920 W Cougar Ave<br>Las Vegas, NV 89139 | Phone: 702-361-2914<br>Email: info@jandjasphalt.com | Vendor | | | | $1,165,523.09 |

Official Form 204      Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims      Page 1 of 3

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 | IMMCO, Inc<br>Attn: Gary Tudor<br>230 Mountain Brook Ct<br>Canton, GA 30115 | Att: Gary Tudor<br>Phone: 404-805-5158<br>Email: accounts@immcoinc.com | Vendor | | | | $1,098,827.61 |
| 11 | 4G Concrete LLC<br>Attn: Matthew Gates<br>294 Clayton St<br>Las Vegas, NV 89110 | Att: Matthew Gates<br>Phone: 702-817-6577<br>Email: 4gconcretellc@gmail.com | Vendor | | | | $962,112.50 |
| 12 | TD Bank<br>1701 Rte 70 E<br>Cherry Hill, NJ 08003 | Phone: 866-251-3552 | Vendor | | | | $857,881.99 |
| 13 | JK Communications & Construction, Inc dba Kleven<br>Attn: John Mason<br>110 S Priest Dr<br>Tempe, AZ 85281 | Att: John Mason<br>Phone: 480-749-1109<br>Email: jmason@klevcon.com | Vendor | | | | $723,824.37 |
| 14 | Liberty Mutual Insurance<br>Attn: Sara High<br>P.O. Box 1449<br>New York, NY 10116-1449 | Att: Sara High<br>Email: sara.high@LibertyMutual.com | Vendor | | | | $715,169.25 |
| 15 | Roadsafe Traffic Sys, Inc<br>Attn: Crystal Boucher<br>55 Bodwell St<br>Avon, MA 02322 | Att: Crystal Boucher<br>Email: mcastilleja@roadsafetraffic.com | Vendor | | | | $678,061.95 |
| 16 | Sierra Ready Mix<br>Attn: James Woods<br>4150 Smiley Rd<br>N Las Vegas, NV 89081 | Att: James Woods<br>Phone: 702-644-8700<br>Email: jwoods@srmlv.com | Vendor | | | | $608,843.40 |
| 17 | Black Hills Trenching & Boring LLC<br>Attn: Joe Donarski<br>P.O. Box 490<br>Spearfish, SD 57783 | Att: Joe Donarski<br>Phone: 605-641-1584<br>Email: bhtbunderground@hotmail.com | Vendor | Disputed | | | $598,686.00 |
| 18 | Day Excavation LLC<br>Attn: Christopher Day<br>801 Prescott Heights Dr<br>Prescott, AZ 86301 | Att: Christopher Day<br>Phone: 928-925-3960<br>Email: dayexcavationllc@outlook.com | Vendor | | | | $581,562.00 |
| 19 | Ditch Witch West<br>P.O. Box 35144, 5077<br>Seattle, WA 98124-5144 | Phone: 541-681-5335<br>Email: arpape@pape.com; mwilliams@ditchwitchwest.com | Vendor | Disputed | | | $554,473.62 |
| 20 | Sunrise Paving, Inc<br>Attn: Robert Wadsworth<br>5580 S Fort Apache Rd<br>Las Vegas, NV 89148 | Att: Robert Wadsworth<br>Phone: 702-994-8500<br>Email: accountsreceivable@sunrisepaving.com | Vendor | | | | $542,767.10 |
| 21 | Global Technology Associates, LLC<br>Attn: Van Phan<br>1890 Preston White Dr<br>Reston, VA 20191 | Att: Van Phan<br>Phone: 571-547-2628<br>Email: van.phan@nextgengr.com | Vendor | | | | $499,177.46 |
| 22 | TEP OpCo, LLC<br>Attn: Diane Smith<br>326 Tryon Rd<br>Raleigh, NC 27603 | Att: Diane Smith<br>Phone: 919-661-6351<br>Email: Deposits@tepgroup.net | Vendor | | | | $489,025.00 |
| 23 | De Lage Landen Financial Services, Inc<br>Attn: Tara Gransich<br>P.O. Box 825736<br>Philadelphia, PA 19182-5736 | Att: Tara Gransich<br>Phone: 800-736-0220<br>Email: eft@leasedirect.com | Vendor | | | | $474,294.86 |
| 24 | Crayon Software Experts<br>Attn: Marian Fazzio<br>12221 Merit Dr<br>Dallas, TX 75251 | Att: Marian Fazzio<br>Phone: 463-983-0290<br>Email: ar.us@crayon.com | Vendor | | | | $473,577.81 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25 Techwave Consulting<br>Attn: Francisco Huang<br>13501 Katy Fwy<br>Houston, TX 77079 | Att: Francisco Huang<br>Phone: 832-368-0357<br>Email: francisco.huang@techwave.net; accounts@techwave.net | Vendor | | | | $400,697.45 |
| 26 LifeXpeed Fi LZ LLC<br>Attn: Zach Wittenberg<br>11644 W Puritan Dr<br>Boise, ID 83709 | Att: Zach Wittenberg<br>Phone: 239-877-6472<br>Email: partnerships@lifexpeedfi.com; jeff@atlas-telco.com | Vendor | | | | $397,510.39 |
| 27 Prodiconn Solutions, Inc<br>Attn: Reno Ministrelli<br>149 Ferryboat Ln, Ste 177<br>New Braunfels, TX 78130 | Att: Reno Ministrelli<br>Phone: 949-307-2972<br>Email: accounting@prodiconn.com; accounting@eaglecapitalcorp.com | Vendor | | | | $380,128.45 |
| 28 Stantec Consulting Services Inc<br>Attn: Patricia Thompson<br>150 N 200 E, Ste 201<br>St George, UT 84790 | Att: Patricia Thompson<br>Phone: 587-815-5420<br>Email: eft@stantec.com | Vendor | | | | $377,981.96 |
| 29 Sunbelt Rentals<br>Attn: Anna Clark<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | Att: Anna Clark<br>Phone: 800-508-4756<br>Email: anna.clark@sunbeltrentals.com | Vendor | | | | $370,562.44 |
| 30 Dominus Construction LLC<br>Attn: Brian Salinas<br>1375 S Nelson Dr<br>Chandler, AZ 85226 | Att: Brian Salinas<br>Phone: 602-708-6260<br>Email: brian@dominusconstruction.net | Vendor | Disputed | | | $365,443.56 |

Official Form 204    Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims    Page 3 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TILSON MIDDLE STREET HOLDING, LLC<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-[_____] ([_____]) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Tilson Middle Street Holding, LLC (the "Debtor") respectfully represents that Tilson Technology Management, Inc. directly owns 100% of the equity interests of the Debtor.

---

[1] The last four digits of the federal tax identification number for the Debtor is 9323.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TILSON MIDDLE STREET HOLDING, LLC, | Case No. 25-[_____] ([____]) |
| Debtor.[1] | |

## LIST OF EQUITY SECURITY HOLDERS

The following is debtor Tilson Middle Street Holding's equity security holder. This list has been prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3) for filing in this chapter 11 case.

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Tilson Technology Management, Inc. 16 Middle Street, 4th Floor Portland, ME 04101 | 100% | Membership Interest |

---

[1] The last four digits of the federal tax identification number for the Debtor is 9323.

**Fill in this information to identify the case and this filing:**

Debtor Name: Tilson Middle Street Holding, LLC

United States Bankruptcy Court for the: _____ District of Delaware (State)

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration: Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/28/2025
MM / DD / YYYY

X _/s/ Darrell Ingram_
Darrell Ingram (May 28, 2025 22:54 EDT)
Signature of individual signing on behalf of debtor

Darrell Ingram
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors